Charles A. ABEYTA, Appellant,

v.

Richard PLANT, Dr., East Arkansas Regional Unit, ADC; Roland Anderson, Arkansas Department of Correction, Appellees.

No. 07–3299.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 10, 2008.

Filed: Dec. 17, 2008.

Before MURPHY, BYE, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Charles Abeyta challenges the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review of the record on appeal, *see Ramlet v. E.F. Johnson Co.*,

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

507 F.3d 1149, 1152 (8th Cir.2007) (standard of review), we affirm. *See* 8th Cir. R. 47B.